# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**One Bowling Green**
**New York, NY 10004−1408**

---

| | |
|---|---|
| IN RE: Fairfield Sentry Limited (In Liquidation) et al v. Deltec Bank & Trust Limited et al | CASE NO.: 11−02532−jpm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 0 |

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge John P. Mastando III on June 29, 2023 for administration. Please style all future captions with the appropriate judicial suffix (jpm ).

Dated: June 29, 2023

Vito Genna
Clerk of the Court

United States Bankruptcy Court

Southern District of New York

Fairfield Sentry Limited (In Liquidation,
    Plaintiff

Adv. Proc. No. 11-02532-jpm

Deltec Bank & Trust Limited,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0208-1    User: admin    Page 1 of 2
Date Rcvd: Jun 29, 2023    Form ID: 144    Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | Deltec Bank & Trust Limited, P.O. Box N-3229, Deltec House, Lyford Cay, Nassau, New Providence BAHAMAS |
| 5709025 | + | Deltec Bank & Trust Limited, c/o CADWALADER, WICKERSHAM & TAFT LLP, One World Financial Center, New York, New York 10281-1003, Attn: Howard R. Hawkins, Jr., Esq. |
| 5709026 | + | Deltec Bank & Trust Limited, c/o CADWALADER, WICKERSHAM & TAFT LLP, One World Financial Center, New York, New York 10281-1003, Attn: Joshua R. Weiss, Esq. |
| 5709027 | + | Deltec Bank & Trust Limited, c/o CADWALADER, WICKERSHAM & TAFT LLP, One World Financial Center, New York, New York 10281-1003, Attn: Martin S. Krezalek, Esq. |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jun 29 2023 19:15:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jun 29 2023 19:15:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 29 2023 19:15:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Jun 29 2023 19:14:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| ust | ^ | MEBN | Jun 29 2023 19:09:46 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Beneficial Owners of Accounts Held in the Name of |
| pla | | Fairfield Sentry Limited (In Liquidation) |
| pla | | Joanna Lau |
| pla | | Kenneth Krys |
| pla | | Kenneth Krys, solely in his capacity as Foreign Re |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| District/off: 0208-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: 144 | Total Noticed: 9 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Elsberg | on behalf of Plaintiff Fairfield Sentry Limited (In Liquidation) delsberg@selendygay.com paralegals@selendygay.com;edockets@selendygay.com;MCO@selendygay.com;david-elsberg-9556@ecf.pacerpro.com |
| Howard R. Hawkins, Jr. | on behalf of Defendant Deltec Bank & Trust Limited howard.hawkins@cwt.com anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com |

TOTAL: 2